Shannon Seibert (State Bar No. 240317)
(seibert@sbm.law)
Joe Bautista (State Bar No. 255708)
(bautista@sbm.law)
Nina Montoya (State Bar No. 237419)
(montoya@bbm.law)
SEIBERT • BAUTISTA • MONTOYA
2100 Embarcadero, Suite 203
Oakland, California 94606
Telephone: 510.679.1981
Facsimile: 510.679.1982

Attorneys for Plaintiff TAAME WELDEAB

Fraser A. McAlpine (State Bar No. 248554)
Conor J. Dale (State Bar No. 274123)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: fraser.mcAlpine@jacksonlewis.com
E-mail: conor.dale@jacksonlewis.com

Attorneys for Defendants
CEVA LOGISTICS, LLC, CEVA FREIGHT, LLC and RHONDA BATEMAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAAME WELDEAB,<br><br>Plaintiff,<br>vs.<br><br>CEVA LOGISTICS, LLC; CEVA FREIGHT, LLC; RHONDA BATEMAN; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 3:18-cv-05362-JCS<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Honorable Joseph C. Spero |

# JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Taame Weldeab ("Plaintiff") and Defendants CEVA LOGISTICS, LLC, CEVA FREIGHT, LLC, and RHONDA BATEMAN (collectively, "Defendants"), through their undersigned counsel of record, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees.

Dated: March 12, 2019

**On behalf of Plaintiff:**

SEIBERT • BAUTISTA • MONTOYA

*/s/ Shannon Seibert*
Shannon Seibert

**On behalf of all Defendants:**

JACKSON LEWIS P.C.

*/s/ Conor J. Dale*
Conor J. Dale

Dated: 3/19/19



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATION**

I, Shannon Seibert, am the ECF User whose identification and password are being used to file this Stipulation to Dismiss Entire Action with Prejudice. In compliance with Local Rule 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: March 18, 2019

By:    /s/ *Shannon Seibert*
               Shannon Seibert

**CERTIFICATE OF SERVICE**

I, Shannon Seibert, declare:

I am over the age of eighteen, not a party to the within cause and am employed in County of Alameda. My business address is 2100 Embarcadero, Suite 203, Oakland, California 94606.

On March 18, 2019, I served the following documents:

**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

by causing the document(s) to be electronically filed with the Clerk of the Court through the CM/ECF online system, which will send notification of the filing(s) to all registered counsel of record.

I declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Dated: March 18, 2019

                                                /s/ *Shannon Seibert*
                                                Shannon Seibert